| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF CLARENDON | CIVIL ACTION NO: 2024-CP-14-00512 |

Tony Carter, Individually, and as President/CEO of T. Carter Logging, Inc., and T. Carter Logging, Inc.,

         Plaintiffs,

v.

Lorenzo Yanniel Vega; SPS Elite LLC; and Spirit Logistics Network, Inc.,

         Defendants.

**PLAINTIFFS' RESPONSE TO DEFENDANT LORENZO YANNIEL VEGA'S REQUEST FOR ADMISSION**

TO:  RONALD B. DIEGEL, ESQUIRE AND WILLIAM E. HESSE, ESQUIRE ATTORNEYS FOR DEFENDANT, LORENZO YANNIEL VEGA:

1. Please admit that the Plaintiffs are not now seeking, nor will they ever seek, in excess of $75,000.00, inclusive of actual and punitive damages, as a result of the incident alleged in Plaintiffs' Complaint.

**RESPONSE: DENIED**

         SMITH AMMONS, LLC.

         _____
         Joshua T. Howle
         SC Bar #100642
         614 W. Palmetto Street
         Florence, South Carolina 29501
         (843) 407-1583

         jhowle@smithammonslaw.com
         Attorney for Plaintiff

February 12, 2025

Florence, South Carolina

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF CLARENDON | CIVIL ACTION NO: 2024-CP-14-00512 |

| | |
|---|---|
| Tony Carter, Individually, and as President/CEO of T. Carter Logging, Inc., and T. Carter Logging, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Lorenzo Yanniel Vega; SPS Elite LLC; and Spirit Logistics Network, Inc.,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I, the undersigned employee of the law offices of Smith Ammons, LLC, attorneys for Plaintiffs, do hereby certify that on this 12 day of February 2025, I have served a copy of the foregoing **Plaintiffs' Responses to Defendant Lorenzo Yanniel Vega's Request for Admission to Plaintiffs,** in connection with the above-referenced case by mailing a copy of the same by United States Mail, postage prepaid, or email to the following:

Jeffrey M. Crudup, Esquire
Clarkson, Walsh & Coulter, PA
497 St. Andrews Blvd
Charleston, SC 29407

Ronald B. Diegel, Esquire and
William E. Hesse, Esquire
PO Box 6648
Columbia, SC 29260

Melissa H. Phillips
Paralegal to Joshua T. Howle